**STATE of Missouri, Respondent,**

v.

**Donald NELSON, Appellant.**

**No. WD 37278.**

Missouri Court of Appeals,
Western District.

July 15, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1986.

Application to Transfer Denied
Oct. 14, 1986.

Sean O'Brien, Public Defender, Bruce R. Anderson, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Paul La-Rose, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM:

Direct appeal from convictions of robbery, first degree, in violation of § 569.020, RSMo 1978, and armed criminal action, in violation of § 571.015 RSMo 1978.

Judgment affirmed. Rule 30.25(b).